FILED
MISSOULA, MT

2007 AUG 30 PM 1 10

PATRICK E. DUFFY

BY _____

DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID ALLEN MOORSE,

Defendant.

CR 07-14-M-DWM-JCL

FINDINGS & RECOMMENDATION
CONCERNING PLEA

The Defendant, by consent, has appeared before me under Fed.
R. Crim. P. 11 and has entered a plea of guilty to the charge of
unlawful user of a controlled substance in possession of a
firearm, in violation of 18 U.S.C. § 922(g)(3) (Count I), as set
forth in the Indictment.  In exchange for Defendant's plea, the
United States has agreed to dismiss Count II of the Indictment.

After examining the Defendant under oath, I have made the
following determinations:

1.  That the Defendant is fully competent and capable of
entering an informed and voluntary plea,

2.  That the Defendant is aware of the nature of the charges
against him and consequences of pleading guilty to the charges,

3.  That the Defendant fully understands his constitutional
rights, and the extent to which he is waiving those rights, by

PAGE 1

pleading guilty, and,

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count I of the Indictment, and that sentence be imposed.[1] I further recommend that Count II of the Indictment be dismissed. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this **30th** day of August, 2007.

Jeremiah C. Lynch
United States Magistrate Judge

---

[1] Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).

PAGE 2