# UNITED STATES DISTRICT COURT

Missoula Division District of Montana



FILED

MAR 0 1 2012

PATRICK E. DUFFY, CLERK
By _____
DEPUTY CLERK, MISSOULA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DAVID ALAN MOORSE | |

Case No. CR 07-14-M-DWM-01

USM No. 09504-046

Andrew Nelson
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Std. Cnds. 7, 2, and 3__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Std. Cnd. 7: Used controlled substances | 01/25/2012 |
| 2 | Std. Cnd. 2: Failed to report for urinalysis exam | 01/30/2012 |
| 3 | Std. Cnd. 3: Failed to follow instructions of probation officer | 02/13/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __6827__

Defendant's Year of Birth: __1985__

City and State of Defendant's Residence:
Missoula, MT

March 1, 2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

Donald W. Molloy, District Judge
_____
Name and Title of Judge

March 1, 2012
_____
Date

DEFENDANT: DAVID ALAN MOORSE
CASE NUMBER: CR 07-14-M-DWM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

12 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that Defendant be placed at a Bureau of Prisons facility other than the facility at Sheridan because he has had conflicts there in the past.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL